ACCEPTED
12-14-00295-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/3/2015 4:54:04 PM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/3/2015 4:54:04 PM
CATHY S. LUSK
Clerk

August 3, 2015

**LEGAL CORRESPONDENCE**

Shadondra Jenkins, TDCJ# 01962913
Hobby Unit
742 FM 712
Marlin, Texas 76661

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7014 0150 0001 1143 6909

RE: Appeal in Cause No. 2013-0615, In the Twelfth Court of Appeals, Tyler, Texas No. 12-14-00295-CR.

Dear Ms. Jenkins:

Enclosed please find the Judgment and Opinion of the 12th Court of Appeals in Tyler, Texas concerning their opinion on your appeal. Pursuant to Rule 48.4 of the Texas Appellate Rules of Procedure I am sending this copy of the opinion to you and to inform you of your rights. The Appeal Court in Tyler affirmed or "let stand" the ruling of the trial court. My services are ended at this point as I am not authorized by the court to further pursue your case. However, you can pursue your case if you choose to do so.

Therefore, I am required to explain your individual right to pursue further action in your case. You have the right to file a Motion for Rehearing with the 12th Court of Appeals in Tyler, Texas pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure which must be filed within fifteen days of the receipt of their ruling. If you need more time, you can file a Motion for continuance to the Court in Tyler. The address is Cathy Lusk, Clerk, 12th Court of Appeals, 1517 West Front Street, Ste. 354, Tyler, Texas 75702.

Further, I must inform you that you may consider filing a **Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from their ruling on your case to file a Pro Se Petition for Discretionary Review (PDR). Of course if you file the Motion for Rehearing, it will extend the time to file the PDR until you receive a ruling on a Motion for Rehearing. The Pro Se Petition for Discretionary Review (PDR) should be filed with the Texas Court of Criminal Appeals, Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

I appreciate the opportunity to have represented you. I am sorry the 12th Court of Appeals determined to "let stand" your conviction and sentence. The decision of the 12th Court of Appeals will become final 30 days from the date of the opinion if you do not file a Motion for Rehearing or a PDR as described previously. Again, I am not authorized nor was I appointed to continue representing you beyond the opinion I have sent you. I wish you every good thing whatever you determine to do.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John D. Reeves

JDR/jsn
enc

cc:    Cathy S. Lusk, Clerk
       Twelfth Court of Appeals
       Tyler, Texas
       Via electronic filing

. Reeves
ey at Law
irant Av
, Texas 7

DOWNTOWN LUFKIN
608 E LUFKIN RD
LUFKIN
TX
759029913
(800)275-8777      3:44 PM

08/03/2015

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.71 |
| (Domestic) (MARLIN, TX 76661) (Weight:0 Lb 1.30 Oz) (Expected Delivery Day) (Wednesday 08/05/2015) | | |
| Certified | 1 | $3.45 |
| @@USPS Certified Mail #) (70140150000111436909) | | |
| Return Receipt | 1 | $2.80 |
| @@USPS Return Receipt #) (9590921061500098142260) | | |
| First-Class Mail Letter | 1 | $0.71 |
| (Domestic) (GATESVILLE, TX 76528) (Weight:0 Lb 1.40 Oz) (Expected Delivery Day) (Wednesday 08/05/2015) | | |
| Certified | 1 | $3.45 |
| @@USPS Certified Mail #) (70140150000111436916) | | |
| Return Receipt | 1 | $2.80 |
| @@USPS Return Receipt #) (9590921061500098142277) | | |
| First-Class Mail Large Envelope | 1 | $1.64 |
| (Domestic) (LUFKIN, TX 75904) (Weight:0 Lb 3.60 Oz) (Expected Delivery 08/05/2015) | | |
| 71c (Ndn) | 2 | $1.42 |



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Shadondra Jenkins, TDCJ# 0196291**
**Hobby Unit**
**742 FM 7'2**
**Marlin, Texas 76661**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          □ Agent
                           □ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)        □ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7014 0150 0001 1143 6909

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MARLIN, TX 76661      OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.45 | 0902 07 |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $0.00 $0.00 $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $0.71 | 08/03/2015 |
| Total Postage & Fees | $ $6.96 | |

Sent To
Shadondra Jenkins, TDCJ 0196291/3
Street, Apt. No.; or PO Box No. Hobby Unit, 742 FM 712
City, State, ZIP+4 Marlin TX 76661

PS Form 3800, August 2006      See Reverse for Instructions